THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OPAL O. MEADOWS, Appellant.—Motion for permission to prosecute appeal, as a poor person, on type-written papers granted. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. MELICK, Appellant.— Motion for permission to prosecute appeal, as a poor person, on typewritten papers granted. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents.

In the Matter of the Claim of LOUIS SMITH, Appellant, against GEORGE PANCHYSHYN, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dispense with printing of record on appeal granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of TILLIE E. WAGENHEIM, as Trustee under the Last Will and Testament of JACOB L. WAGENHEIM, Deceased, to Be Permitted to Resign as Such Trustee. In the Matter of the Application of IDA J. FISHMAN for an Order Confirming the Employment by Petitioner of a Certified Accountant on Behalf of the Estate of JACOB L. WAGENHEIM, Deceased.— Motion for stay denied, with twenty-five dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of OTTO WENZEL, Appellant, against J. W. KIESLING & SONS, INC., and ARBUCKLE BROS., Employers, and THE ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to prosecute appeal on typewritten papers granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.